1

2

3            **UNITED STATES DISTRICT COURT**

4            **EASTERN DISTRICT OF CALIFORNIA**

5

6   GARY D. HEFLY II, individually and on          Case No. 1:25-CV-01169-JLT-CDB
    behalf of all others similarly situated,

7                  Plaintiffs,                      **[~~PROPOSED~~] ORDER GRANTING JOINT
                                                   STIPULATION TO REMAND CASE TO**
8            v.                                    **STATE COURT AND AMEND COMPLAINT**

9

10  ARCTIC GLACIER U.S.A., INC.; and
    DOES 1 through 20, inclusive,

11                 Defendants.

12

13          Having considered the Joint Stipulation to Remand Case to State Court and Amend

14  Complaint ("Stipulation") between Plaintiff Gary D. Hefley II ("Plaintiff") and Defendant Arctic

15  Glacier U.S.A., Inc. ("Defendant") ("Defendant") (collectively, referred to as the "Parties"), and

16  good cause appearing therefor, this Court hereby GRANTS the Parties' Stipulation in its entirety

17  and ORDERS as follows

18      1. This action shall be remanded to Kern County Superior Court;

19      2. Within 10 court days of remand, Plaintiff will file the First Amended Complaint attached

20          as Exhibit A to the Stipulation ;

21      3. Plaintiff shall not pursue wage/hour claims that accrued prior to September 1, 2023; and

22      4. Each Party to bear its own attorneys' fees and costs with respect to the removal and

23          subsequent remand of Plaintiff's Class Action pursuant to this stipulation and order

24  IT IS SO ORDERED.

25      Dated:   **November 3, 2025**

26                                                 UNITED STATES DISTRICT JUDGE

27

28